SO ORDERED: January 28, 2014.

_____
**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| BEN SCOTT HILAND | ) Case No. 11-81075-FJO-13 |
| EUGENIA ROSE HILAND | ) |
| Debtor (s). | ) |

### ORDER ON DEBTORS' OBJECTION TO CLAIM # 26

      This matter came before the Court, pursuant to notice, to consider Debtors' Objection to Claim # 26 of  HSBC Bank Nevada N.A.,  c/o Bass & Associates, PC, 3936 E. Fort Lowell Rd # 200, Tucson, AZ 85712.  After reviewing the Debtors' objection and representations set forth therein, and either no response to the objection was filed or any response has been resolved informally, or the claim to which the Debtors objected has been withdrawn.

THEREFORE IT IS,

      ORDERED that Claim # 26 filed by HSBC Bank Nevada N.A., c/o Bass & Associates, PC, 3936 E. Fort Lowell Rd # 200, Tucson, AZ 85712   in the amount of $2,262.77 should be and hereby is disallowed as a secured claim and hereby classified as a general unsecured claim.

###